**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-7864**

HOGAN HUGH JUSTICE,

Plaintiff - Appellant,

versus

MARTHA A. WANNAMAKER, DCI Warden; JOSEPH
COUNTS, DCI Associate Warden; BURKE BROWN, DCI
Principal; DIANE AUSTIN, DCI Librarian;
SERGEANT PROPER, Investigating Officer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Henry M. Herlong, Jr., District
Judge.  (CA-95-3490-20BC-3)

Submitted:  September 30, 1997      Decided:  October 15, 1997

Before HALL, ERVIN and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hogan Hugh Justice, Appellant Pro Se.  William Ansel Collins, Jr.,
SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion to vacate its prior order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Justice v. Wannamaker</u>, No. CA-95-3490-20BC-3 (D.S.C. Nov. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>